**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95616
　Telephone:　530.759.0700
　Facsimile:　530.759.0800

**Attorney for Defendant**
**ANDREW FELITT BEDENFIELD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 05-125 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ANDREW FELITT BEDENFIELD, ) | |
| Defendant. ) | |

　　　It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Camil Skipper, Assistant United States Attorney, and defendant, ANDREW F. BEDENFIELD, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for September 20, 2005 at 8:30 a.m., be rescheduled to October 11, 2005 at 8:30 a.m. The parties are requesting this continuance to provide defendant's counsel time to obtain a plea agreement from the government and review the agreement with the defendant.

The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for October 11, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 14, 2005                    Respectfully submitted,

By:  /s/  Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
CHARLES SIGERSETH

Dated: September 14, 2005        By:  /s/Camil Skipper
CAMIL SKIPPER
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to October 11, 2005 at 8:30 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to October 11, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE