**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**ANDREW FELIPE BEDENFIELD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:05-cr-0125 MCE |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER TO CONTINUE SENTENCING** |
| ANDREW FELITT BEDENFIELD, ) | |
| Defendant. ) | |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Camil Skipper, Assistant United States Attorney, and defendant, ANDREW F. BEDENFIELD, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for January 10, 2006 at 8:30 a.m., be rescheduled to February 7, 2006 at 8:30 a.m. The parties are requesting this continuance to provide defendant's

///

---

1

counsel additional time to prepare the case for sentencing.

Dated: December 19, 2005   Respectfully submitted,

                                        By:   /s/  Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
                                              Attorney for Defendant
                                              CHARLES SIGERSETH

Dated: December 19, 2005   By:   /s/Camil Skipper
                                              CAMIL SKIPPER
                                              Attorney for Plaintiff
                                              UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant ANDREW F. BEDENFIELD in the above-captioned case shall be continued to February 7, 2006 at 8:30 a.m.

Dated: December 29, 2005

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE