**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
FAX (916) 447-2988

Attorney for Petitioner
Andrew Felitt Bedenfield

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0125 MCE |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ **ORDER** |
| ANDREW BEDENFIELD, | |
| Defendant. | |

Pursuant to Title 18 U.S.C. §3006A(d)(7) and Federal Rule of Appellate Procedure, Rule 24, and for good cause shown,

**IT IS ORDERED**: That appellant's Motion to Proceed *In Forma Pauperis* is granted.

DATED: March 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1