UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-00125-MCE |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ANDREW FELITT BEDENFIELD, | |
| Defendant. | |

----oo0oo----

On March 10, 2009, this Court referred Defendant's Motion for Reduction of Sentence (Docket No. 307) to the Office of the Federal Defender. In a letter dated March 16, 2009, that Office responded to the Court taking the position that appointment of counsel is not warranted.

///
///
///
///
///
///

1

| | |
|---|---|
| 1 | Additionally, having independently reviewed Defendant's |
| 2 | request, the Court now denies his Motion.  Judgment was entered |
| 3 | against Defendant on March 8, 2006.  He now seeks relief under |
| 4 | USSG § 4A1.2, as amended November 1, 2007, by Amendment 709, USSG |
| 5 | app. C, amend. 709 (2007).  However, because that amendment is |
| 6 | not to be applied retroactively, Defendant's Motion is DENIED. |
| 7 | United States v. Marler, 527 F.3d 874, 877 n.1 (9th Cir. 2008). |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: April 29, 2009 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE