IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                                No. CR S-05-0125 MCE GGH P

   vs.

ANDREW BEDENFIELD,

        Movant.                                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed three motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. <u>See</u> Dockets 315, 317, 318.[1] Each motion seeks a reduction in movant's sentence, but rests on different grounds and attached documents. The motions will therefore be dismissed with leave to file an amended motion that consolidates movant's claims, authority, and exhibits. <u>See</u> Rules 2 and 4, Rules Governing Section 2255 Cases.

        If movant chooses to file an amended motion, he must adhere to the format set forth in the form that will be provided with this order, confining his claims to those which have *not* already been addressed upon reconsideration or appeal. The court requires all § 2255

---

[1] These matters are before the undersigned in accordance with Local Rule 302(c) and 28 U.S.C. § 636(b)(1).

1

motions to be filed on the proper form.  While movant may submit a separate memorandum to support his motion for relief, the court may limit its review of the motion to the information on the form and need not consider any memoranda or attachments thereto.  <u>See</u> Rule 2, Rules Governing § 2255 Proceedings; Local Rule 190.

Movant will also be given the opportunity to file an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's most recently filed motions to vacate, set aside, or correct movant's sentence pursuant to 28 U.S.C. § 2255 (Dockets 318 and 315) shall be consolidated into his initial motion (Docket 317);

2. Each of these motions made pursuant to 28 U.S.C. § 2255 (Dockets 315, 317, 318) are dismissed;

3. Movant may file an amended motion pursuant to 28 U.S.C. § 2255, within twenty-eight days of the filing date of this order.  The amended motion must be filed on the form provided by this court and state all claims and prayers for relief; it must bear the case number assigned to this action and be titled "Amended Motion;"

4. Movant may also file an application to proceed in forma pauperis within twenty-eight days of the filing date of this order; and

5. The Clerk of Court is directed to provide movant with the forms appropriate for filing, in this district: (1) a motion pursuant to 28 U.S.C. § 2255, and (2) an application to proceed in forma pauperis.

DATED: January 5, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE