1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   ANDREW FELITT BEDENFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 05-cr-125 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER REGARDING PRELIMINARY HEARING |
| v. | ) ) | |
| ANDREW FELITT BEDENFIELD, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the plaintiff United States, through its undersigned counsel, Sherry Haus, and the defendant Andrew Felitt Bedenfield, through his undersigned counsel, Assistant Federal Defender, Matthew C. Bockmon, that the defendant knowingly waives his right to a preliminary hearing pursuant to Fed.R.Crim.P. 32.1(b)(1) and that the preliminary hearing in this case now set for May 22, 2014 at 2:00 p.m. should be vacated.

The parties agree this case should be set for admission or denial on the supervised release violation petition before Chief Judge Morrison C. England, J. on June 19, 2014 at 9:00 a.m.

/ / /

/ / /

DATED: May 20, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for ANDREW FELITT BEDENFIELD

DATED: May 20, 2014

/s/ Andrew Felitt Bedenfield
ANDREW FELITT BEDENFIELD
(ORIGINAL RETAINED BY ATTORNEY)

DATED: May 20, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
SHERRY HAUS
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on May 20, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for Thursday, May 22, 2014 at 2:00 p.m. is vacated. An admission or denial hearing on the supervised release violation petition is set for June 19, 2014 at 9:00 a.m.

Dated: May 20, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Bedenfield0125.stipo.vacate.prelim